UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| JAMES R. DRINKWATER,<br><br>          Plaintiff,<br><br>v.<br><br>EQUIFAX INFORMATION SERVICES LLC, EXPERIAN INFORMATION SOLUTIONS, INC., and TRANS UNION LLC,<br><br>          Defendants. | CASE NO. 1:12-cv-00495-WS-N |

## JOINT STATEMENT REGARDING SETTLEMENT STATUS

Pursuant to this Court's Orders regarding settlement status (docs. 32, 37), the remaining parties to this case state as follows:

1.  This case has settled as to the remaining two defendants -- Equifax Information Services LLC and Experian Information Solutions, Inc.  The parties are finalizing and memorializing all terms of the settlement, and will file a joint stipulation for dismissal within the next thirty (30) days.

Respectfully submitted,

*/s/ James D. Patterson (by consent)*
JAMES D. PATTERSON
Attorney for Plaintiff
Underwood & Riemer, P.C.
166 Government Street, Suite 100
Mobile, Alabama 36606
(251) 432-9212
jpatterson@alalaw.com

{MB093234.1}

/s/ L. Jackson Young, Jr. (by consent)
L. JACKSON YOUNG, JR.
Attorney for Experian Information Solutions, Inc.
Ferguson Frost & Dodson, LLP
1400 Urban Center Dr., Suite 200
Birmingham, Alabama 35242
(205) 879-8722
ljy@ffdlaw.com


/s/ Kirkland E. Reid
KIRKLAND E. REID (REIDK9451)
Attorney for Equifax Information Services LLC
Jones Walker LLP
254 State Street
Mobile, Alabama 36603
(251) 439-7513
kreid@joneswalker.com


## CERTIFICATE OF SERVICE

I certify that on this 14th day of August, 2013, I electronically filed the foregoing, using the CM/ECF system, which will send notification to all counsel of record.

/s/ Kirkland E. Reid
OF COUNSEL